UNITED STATES of America, Plaintiff–Appellee,

v.

Michael T. CHAPPELL, Defendant–Appellant.

No. 10–11098.

United States Court of Appeals, Eleventh Circuit.

March 7, 2011.

Jerusha T. Adams, Todd A. Brown, Leura Garrett Canary, U.S. Attorney's Office, Montgomery, AL, for Plaintiff–Appellee.

David R. Clark, Law Office of David R. Clark, Prattville, AL, for Defendant–Appellant.

Michael T. Chappell, Montgomery, AL, pro se.

Before CARNES, PRYOR, and COX, Circuit Judges.

PER CURIAM:

Michael T. Chappell filed this appeal to challenge the conditions of his pretrial release that barred him from assisting in filing tax returns and from obtaining an Electronic Filing Identification number

---

from the IRS. While this case was pending on appeal, Chappell's pre-trial release was revoked because of a violation of another condition, unrelated to the ones he challenged in this appeal. Accordingly, this appeal is moot.

### DISMISSED AS MOOT.